UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAUL JONES,<br><br>    Plaintiff,<br><br>v.<br><br>EMBR DISPENSARY SPRINGFIELD, KUR RETAILERS, LLC, BLUE STAR DOUGHNUTS LLC d/b/a BLUE STAR DONUTS, KATIE POPPE, individually,<br><br>    Defendants. | CIVIL ACTION NO. |

## NOTICE OF REMOVAL

Defendants Kur Retailers, LLC and EMBR Dispensary Springfield[1] (collectively, "Kur") with full reservation of any and all defenses, hereby notice the removal to the United States District Court for the District of Massachusetts of the civil action commenced by *pro se* plaintiff Paul Jones ("Plaintiff") in Massachusetts Superior Court, Hampden County, Civil Action Number 2679CV00371.

Removal is proper under 28 U.S.C. § 1331 because there is federal question jurisdiction for Plaintiff's claims, which seek relief under 47 U.S.C. § 227, the Telephone Consumer Protection Act.

In further support thereof, and pursuant to 28 U.S.C. § 1446, Kur states as follows:

1.    Kur first received the Summons and Verified Complaint by Service of Process on June 5, 2026.  This Notice of Removal is filed within thirty (30) days after service of the Summons and Verified Complaint, as required by 28 U.S.C. § 1446(b), and is therefore timely.

---

[1] EMBR is a trade name of Kur Retailers, LLC, not a separate legal entity.

2.     The Plaintiff's claims stem from defendants' alleged "unlawful transmission of unsolicited telemarking and promotional text messages to Plaintiff's residential cellular telephone number." (Verified Complaint, ¶ 2).

3.     Actions arising from such claims are governed by 47 U.S.C. § 227, The Telephone Consumer Protection Act (the "TCPA").

4.     Consequently, the Plaintiff's claims are those over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331.  The action is therefore removable under 28 U.S.C. § 1441(a).

5.     Pursuant to 28 U.S.C. §1446(a), a copy of the Summons and Verified Complaint, which constitute all process, pleadings and orders served upon Kur are attached as Exhibit 1.

6.     Pursuant to 28 U.S.C. §1446(d), Kur will promptly give notice of this filing to the Plaintiff and will file a copy of this Notice of Removal with the clerk of the Hampden County Superior Court.

7.      The consent of defendants Katie Poppe ("Poppe") and Blue Star Donuts, LLC ("Blue Star") is unnecessary for removal because there is no indication those defendants have been served, and the claims against them are not "properly joined" with the claims against Kur pursuant to 28 U.S.C. § 1441.  Plaintiff has not filed a return of service on co-defendants Poppe or Blue Star.  As of this filing, counsel for Kur has been not received a response from Poppe or Blue Star on whether they have been served.  In any event, Poppe and Blue Star are not "properly joined" under 28 U.S.C. § 1441.  The claims against Poppe and Blue Star relate to a completely distinct nucleus of operative alleged events, and Poppe and Blue Star should never have been joined in the same complaint as the claims against Kur.  There is no relationship between Kur, a Massachusetts cannabis retailer, and Poppe and Blue Star, an Oregon donut shop.

See Beers v. Warden, New Hampshire State Prison, No. 20-CV-968-LM, 2025 WL 2785162 (D.N.H. Aug. 14, 2025) ("As the incidents discussed in the proposed amended complaint arise from unrelated transactions, and involve discrete defendants, the court finds that those claims and defendants are not properly joined in this case.").

WHEREFORE, Kur respectfully removes to this Court the civil action against it now pending in the Superior Court of Massachusetts, Hampden County, Civil Action Number 2679CV00371; and requests that this Court exercise jurisdiction over this matter; and that this Court grant all other appropriate relief.

Respectfully submitted,

KUR RETAILERS, LLC, and EMBR
DISPENSARY SPRINGFIELD,
By their attorneys,

 /s/ Christopher J. Hurst
Dana A. Zakarian (BBO #648051)
Christopher J. Hurst (BBO #682416)
Smith Duggan Cornell & Gollub LLP
55 Old Bedford Road
Lincoln, MA 01773
(617) 228-4400
Dana.zakarian@smithduggan.com
Dated: June 25, 2026          Churst@smithduggan.com

## CERTIFICATE OF SERVICE

I, Christopher J. Hurst, hereby certify that on this day, June 25, 2026, I caused a copy of the foregoing to be served upon counsel and parties listed below by mail and electronic mail.

Paul Jones
79 Thompson Street
Springfield, MA 01109
Pj22765@gmail.com
*Pro Se Plaintiff*

/s/ Christopher J. Hurst
Christopher J. Hurst

3